## Case No. 6,227.

### HAVEMEYER v. LOEB.

[Cited in Huhker v. Bing, 9 Fed. 279. Nowhere reported; opinion not now accessible.]